Pipe Trades, Inc., Appellant, v. George Lemon and Harvey Michael, Trading as Michael Tiling and Improvement Company, Appellees.

Gen. No. 45,514. 

E. J. Biggs, for appellant; J. Lawrence Holleran, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed February 11, 1952; released for publication March 25, 1952.

Alice Fergus, Appellee, v. DeWitt Hotel, Inc., Appellant.

Gen. No. 45,523. 

Eckert, Peterson & Leeming, for appellant; A. R. Peterson, Harold W. Huff, Walter P. Steffen, and Robert G. Schloerb, of counsel;